IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROSA CHAVIRA,<br><br>  Plaintiff,<br><br>v.<br><br>CENTRAL OKLAHOMA UNITED METHODIST RETIREMENT FACILITY, INC., d/b/a Epworth Villa,<br><br>  Defendant. | Case No. CIV-14-718-H |

## JOINT DISMISSAL WITH PREJUDICE

  Plaintiff, Rosa Chavira, by and through her attorneys of record, and Defendant Central Oklahoma United Methodist Retirement Facility, Inc., d/b/a Epworth Villa, by and through its attorneys of record, stipulate to the dismissal with prejudice of all claims and causes of action brought in this case by the Plaintiff against Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The parties stipulate that they shall each bear their own attorneys fees and costs.

        Respectfully submitted,

        s/Brice W. Bisel
        *(Signed with permission of Plaintiff's counsel)*
        Brice W. Bisel, OBA #30986
        Raymond E. Tompkins, OBA #9058
        Katherine R. Mazaheri, OBA #21746
        **MAZAHERI LAW FIRM, PLLC**
        3445 W. Memorial Road, Suite H
        Oklahoma City, OK 73134
        Telephone: (405) 414-2222
        Facsimile: (405) 607-4358
        brice@mazaherilaw.com
        ray@mazaherilaw.com
        katherine@mazaherilaw.com

        **ATTORNEYS FOR PLAINTIFF**

        s/Elaine R. Turner
        Elaine R. Turner, OBA #13082
        Nathaniel T. Haskins, OBA #21306
        **HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
        Chase Tower
        100 North Broadway, Suite 2900
        Oklahoma City, OK 73102-8865
        Telephone: (405) 553-2828
        Facsimile: (405) 553-2855
        eturner@hallestill.com
        nhaskins@hallestill.com

        **ATTORNEYS FOR DEFENDANT**